198

**No. 48458.**—Protests 58495–K, etc., of Butler Bros. et al. (New York).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48459.**—Protests 987732–G, etc., of Daniels & Fisher Stores et al. (Denver, etc.).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48460.**—Protests 980950–G, etc., of Gellman Bros. et al. (Minneapolis, etc.).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48461.**—Protests 84029–K, etc., of Kingkor Ling Co. et al. (New York).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48462.**—Protests 20212–K, etc., of Montgomery Ward & Co. et al. (New York).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48463.**—Protests 71847–K, etc., of R. C. Williams & Co., Inc., et al. (New York).

Opinion by OLIVER, P. J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48464.**—Protests 803514–G, etc., of Abad Esteve Corp. et al. (New York).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48465.**—Protests 16184–K, etc., of Alex Lee Wallau, Inc., et al. (New York).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48466.**—Protests 838439–G, etc., of Allied Stores Corp. et al. (Baltimore, etc.).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.